# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HUIE D. BROWN, <br>     Plaintiff, <br> <br> vs. <br> <br> CAROLYN W. COLVIN, <br> Acting Commissioner of <br> Social Security, <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> )   Civil No. CIV-15-504-SPS <br> ) <br> ) <br> ) <br> ) |

## ORDER GRANTING MOTION TO REVERSE AND REMAND FOR FURTHER ADMINISTRATIVE PROCEEDINGS PURSUANT TO SENTENCE FOUR

This matter is before the Court on Defendant's Unopposed Motion to Reverse and Remand for Further Administrative Proceedings Pursuant to Sentence Four (Docket No. 20). The Motion is **GRANTED**.

This social security appeal is remanded to the agency for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk is directed to enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

IT IS SO ORDERED, this 1ST day of July, 2016.

_____
Steven P. Shreder
United States Magistrate Judge
Eastern District of Oklahoma